## 34816. MOSER v. EHRMAN.

PER CURIAM.

We affirm the holding of the Court of Appeals that the father's reliance on the written agreement relieving him of child support payments constituted "justifiable cause" within the meaning of Code Ann. § 74-405 (a)(2).

*Meredith v. Meredith,* 238 Ga. 595 (234 SE2d 510) (1977); *Daniel v. Daniel,* 239 Ga. 466 (238 SE2d 108) (1977); *Crist v. Crist,* 243 Ga. 796 (1979); *Wiles v. Brothers,* 138 Ga. App. 616 (1) (226 SE2d 805) (1976); and *Richey v. Cothran,* 140 Ga. App. 580 (231 SE2d 572) (1976).

*Judgment affirmed. All the Justices concur.*

ARGUED JUNE 11, 1979 — DECIDED SEPTEMBER 6, 1979.

*Holland & Holland, Nancy S. Holland, Donald V. Holland,* for appellant.

*M. Robert Thornton,* for appellee.